MARY PLATTO et al., Appellants, *v.* BERTHA STIER, Respondent. et al., Defendants.

Submitted April 5, 1954; decided April 15, 1954.

*James M. Baird* for motion.

*Murray Eisenberg* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellants serve and file an undertaking on appeal and pay $10 costs, in which events motion denied.